UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN TOTAH,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>REGAL CINEMAS, INC. et al,<br><br>　　　　　　　　　　　　Defendants. | Case No.:   22cv1271-JLS(BLM)<br><br>**ORDER VACATING EARLY NEUTRAL EVALUAITON AND CASE MANAGEMENT CONFERENCE** |

On September 26, 2022, Defendant filed a Notification of Bankruptcy.  ECF No. 5. Pursuant to 11 U.S.C. § 362(a)(1), the case is automatically stayed.  In light of the stay, the Early Neutral Evaluation Conference and Case Management Conference previously set for October 17, 2022, at 9:30 a.m. before Magistrate Judge Barbara L. Major and all related dates and deadlines are **VACATED**.

　　　　**IT IS SO ORDERED**.

Dated:  9/29/2022

　　　　　　　　　　　　　　　　　　　　　*Barbara L. Major*
　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge